**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Brian Anthony DAVIS, also known as Stamma, Defendant–Appellant.**

No. 05–11128
Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

June 21, 2006.

Brian Anthony Davis, also known as Stamma, Bradford, PA, pro se.

Before STEWART, DENNIS, and OWEN, Circuit Judges.

PER CURIAM: *

Brian Anthony Davis, federal prisoner # 40427–053, appeals the district court's denial of his motion for modification of sentence pursuant to 18 U.S.C. § 3582(c)(2). Davis argues that the Supreme Court's decision in *United States v. Booker,* 543 U.S. 220, 125 S.Ct. 738, 160 L.Ed.2d 621 (2005), effectively amended the United States Sentencing Guidelines and that his life sentence must be modified because it was enhanced based on a judicial finding of a quantity of drugs not alleged in the indictment, proved at trial, or admitted by Davis.

A district court has the authority to reduce a sentence under § 3582(c)(2) only if the Sentencing Commission has amended a pertinent guideline and has made that amendment retroactively applicable. U.S.S.G. § 1B1.10(a), (c). The district court correctly determined that a *Booker* challenge, based on a Supreme Court decision and not a retroactive guidelines amendment, is not cognizable under § 3582(c)(2).

AFFIRMED.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.